THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RODNEY EDMONDS, Appellant. [853 NYS2d 518]—

No opinion. Order filed. Concur—Mazzarelli, J.P., Saxe, Friedman and Nardelli, JJ.